39,768-05

Court of Criminal Appeals WR-39-768-05
Clerk Abel Acosta
P.O.Box 12308
Austen,Texas 78711-2308                April 29,2015

RE:   Cover letter ⌊!⌋

Mr. Acosta Clerk;

    Please fined enclosed letter to you and copy of letter.

Please send back copy of letter to you with file mark for my recoreds.

I thankyou for your time and help. You can send file mark letter and

your respon in the s.a.s.e. provided by me.

                                    Thank you.
                                    G~ B ~e  Sui Juris.
                                    Guy B. Munsch II SuiJuris.
                                    TDCJ#1762002
                                    Ferguson  Unit
                                    12120 Savage Drive
                                    Midway,Texas 75852

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 04 2015
Abel Acosta, Clerk

Court of Criminal Appeals
Clerk Abel Acosta.
P.O.Box 12308
Austin,Texas                            April 29,2015


RE: Need to know ware record stands,Cause NO.96-CR-170


Mr.Acost Clerk;

     My name is Guy B.MunschII,TDCJ#1762002.And at this time. On

the Jim Ferguson Unit. Texas Prison. I am now helping Mr.Ismael Diaz,

cause No.96-CR-170. With his case. I Mr.Munsch II who is a layman at law

Am tring to help him. Going over Mr.Diaz file I can see lots of letters

wrote to the County court clerk of Starr County Eloy R. Garcia, with

no responce. And I see he has wate this Court and filed moot letter's

and motions. (moot: to raise or bring forword [apoint or question]

for discussion). At this time the Brady motion art.40.001. need to be

amend. And Resubmitted. With all new evidance. So we are asking to with

draw, to beable to Resubmit. But in doing this I need to know ware the

record stan! And if there is an open docket.


                              Thankyou.   Sui Juris
                              Guy B Me
                              Guy B. Munsch II,SuiJuris
                              TDCJ#1762002
                              Jim Ferguson Unit C1-26
                              12120 Savage Drive
                              Midway,Texas 75852

Court of Criminal Appeals
Clerk Abel Acosta.
P.O.Box 12308
Austin,Texas                                    April 29,2015

RE: Need to know ware record stands,Cause NO.96-CR-170

Mr.Acost Clerk;

    My name is Guy B.MunschII,TDCJ#1762002.And at this time. On
the Jim Ferguson Unit. Texas Prison. I am now helping Mr.Ismael Diaz,
cause No.96-CR-170. Withhhis case. I Mr.Munsch II who is a layman at law
Am tring to help him. Going over Mr.Diaz file I can see lots of letters
wrote to the County court clerk of Starr County Eloy R. Garcia, with
no responce. And I see he has wate this Court and filed moot letter's
and motions. (moot: to raise or bring forword [apoint or question]
for discussion). At this time the Brady motion art.40.001. need to be
amend. And Resubmitted. With all new evidance. So we are askin   with
draw, to beable to Resubmit. But in doing this I need to know ware the
record stan! And if there is an open docket.

                                    Thankyou.   sui Juris
                                    G B M
                                    Guy B. Munsch II,SuiJuris
                                    TDCJ#1762002
                                    Jim Ferguson Unit C1-26
                                    12120 Savage Drive
                                    Midway,Texas 75852